# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 08 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DeCarlo Maurice Cox

(Full name of the Plaintiff(s) in this action)

v.

Jeremy Duvall #C-329
Lincoln Lawless #330
Kentucky State Police

CIVIL ACTION NO. 1:21CV-26-GNS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: DeCarlo Maurice Cox

Place of Confinement: Warren County Regional Jail

Address: 920 Kentucky St. Bowling Green, KY 42101

Status of Plaintiff:  CONVICTED (__)    PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Jeremy Duvall__ is employed as __#C-329__ at __Kentucky State Police__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __Lincoln Lawless__ is employed as __#330__ at __Kentucky State Police__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __Kentucky State Police__ is employed as __Post 3__ at __Bowling Green, K.Y.__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

Case 1:21-cv-00026-GNS   Document 1   Filed 02/08/21   Page 3 of 6 PageID #: 3

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On Feb. 10, 2020 I was standing on the patio of Overtime Bar/Grill smoking a cigarette. During this time I was surrounded by several uniformed officers of whom I can only identify two, Lincoln Lawless badge #330 and Jeremy Duvall badge #C-329 both of Kentucky State Police. I was then asked for my name and Identification. Out of confusion and being under durress I responded by respectfully asking for the purpose of this harrassment and if I had committed any crime. At that time I was restrained from behind by Jeremy Duvall while simutaneously being searched by Lincoln Lawless. During this search my identification card was recovered along with other items I now face state/Federal charges for. Unfortunately my identification matched the name on an existing Failure

4

III. STATEMENT OF CLAIM(S) continued

To Appear family Court warrant I had no knowledge existed.

1.) A violation of the 4th Amendment of the United States Contitution occured when I was surrounded by several officers of Kentucky State Police, including Lawkss and Duvall; with no crime taken place giving grounds for such conduct. I was deprived of my Liberty and did not feel free to decline the encounter.

2.) A violation of the 4th Amendment of the United States Constitution occured when Jeremy Duvall restrained me from behind prior to my arrest and for purposes of a search without my consent.

3.) A violation of the 4th Amendment of the United States occured when Lincoln Lawkss forced his way into my pockets without my consent and searched me prior to confirming my identity as the same identity on any warrant.

I am now being illegaly detained regarding the above encounter and contracted Covid-19 during my detention.

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 1,000,000.00

✓ grant injunctive relief by Stopping all action re: 1:20 CR-14-GNS

✓ award punitive damages in the amount of $ 250,000.00

✓ other: Release from detention Re: 1:20 CR-14-GNS

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 5 day of February, 2021.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 2/5/2021.

_____
(Signature)

WHITLEY YOUNG
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY
Commission Number 13807
My Commission Expires 8/27/2024

6